

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 2, 2007

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street, Suite 1630
New York, New York 10007

Re: **United States v. Abdullah Aziz, et al.,**
S1 07 Cr. 509 (TPG)

Dear Judge Griesa:

The Government respectfully submits this letter to provide the Court with a copy of the superseding indictment that was returned last week in the above-referenced matter (which was recently transferred from Judge Kaplan to Your Honor). In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the next conference, which currently is scheduled for October 18, 2007 at 4:30 p.m.. Such an exclusion is warranted because, among other reasons, it will enable the parties to continue plea discussions and the defendant, George Crawford, consents to such an exclusion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

Copy to:
Annemarie Hassett, Esq.
**BY FAX**

Approved.
Thomas P. Griesa
USDJ 10/9/07