USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :
                                      :
       - v -                          :    ~~PROPOSED~~ ORDER
                                      :
ABDULLAH AZIZ,                        :    S1 07 Cr. 509 (TPG)
    a/k/a "Marion Gaillard",          :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - -x

   Upon the application of the United States of America, by and through Assistant United States Attorney John T. Zach, and with the consent of Abdullah Aziz, by and through his attorney, it is hereby ORDERED that the request for an exclusion of time under the Speedy Trial Act in this case is hereby GRANTED from the date of this Order until May 28, 2008.

   The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to continue ongoing plea discussions and review discovery material. Accordingly, it is further ORDERED that the time between the date of this order and May 28, 2008 is hereby

excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
       May 21, 2008

                                         _____
                                            JUDGE THOMAS P. GRIESA
                                          UNITED STATES DISTRICT JUDGE