```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :        ORDER
        v.                    :
                              :
ABDULLAH AZIZ,                :        S1 07 Cr. 509 (TPG)
                              :
        Defendant.            :
                              :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin N. Fox, United States Magistrate Judge, on June 10, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment S1 07 Cr. 509 knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: August 26, 2008.

_____
The Honorable Thomas P. Griesa
United States District Judge